```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

JAYVON R. HATCHETT,              \*

    Plaintiff,               \*

vs.                              \*

                                      CASE NO. 4:22-CV-71 (CDL)

JOHN DOE, *et al.*,              \*

    Defendants.              \*

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on May 31, 2022 is hereby approved, adopted, and made the Order of the Court.  The Court also denies Plaintiff's second request for an attorney (ECF No. 10) for the reasons articulated by the Magistrate Judge in the Report and Recommendation.  The motion for extension of time to file objection (ECF No. 11) is moot because Plaintiff filed an objection, entitled "Motion to Amend."  The Court considered Plaintiff's objections to the Report and Recommendation and finds that they lack merit.  The "Motion to Amend" (ECF No. 12) is terminated.

IT IS SO ORDERED, this 17th day of October, 2022.

                                                S/Clay D. Land
                                                CLAY D. LAND
                                                U.S. DISTRICT COURT JUDGE
                                                MIDDLE DISTRICT OF GEORGIA